# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Kenyatte Lyles,<br>*Plaintiff*<br>v.<br>Anthony Grant; Rotundra Hughley; Jennifer Doe; Candice Makins; Tyanna Hardy; Chandra Grant,<br>*Defendants* | ) ) ) ) ) ) Civil Action No.    6:17-cv-03245-DCC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: The plaintiff, Kenyatte Lyles, shall take nothing of the defendants; Anthony Grant, Rotundra Hughley, Jennifer Doe, Candice Makins, Tyanna Hardy, Chandra Grant; as to the complaint filed pursuant to 18 U.S.C. 1964 and this action is dismissed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Jacquelyn D. Austin, United States Magistrate Judge, which recommended granting the defendants' motions to dismiss.

Date:   February 13, 2019

ROBIN L. BLUME, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*